PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
July 13, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Melvin Gordon | Case Number: | 2:20CR01446-001 |

Name of Sentencing Judge:   The Honorable Nelva Gonzales Ramos

Date of Original Sentence:   August 24, 2021

Original Offense:   21 U.S.C.§§ 841 (a)(1) and 841 (b)(1)(D) Possession with Intent to Distribute 2.462 Kilograms of Marijuana

Original Sentence:   15 months custody of the U.S. Bureau of Prisons, followed by a 3 year(s) term of supervised release. Special conditions to include Substance Abuse Treatment, Testing, and Abstinence and Special Assessment fee $100.

Type of Supervision:   Supervised Release        Supervision Started:   December 29, 2021

---

### EARLIER COURT ACTION

May 25, 2022: The Court was notified in regard to testing positive for Cannabinoids usage on or about April 20, 2022. The Court concurred with a higher volume of random urinalysis testing.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

**1**   **Leaving the Judicial District without Permission**

On or about June 8, 2022, Melvin Gordon violated Standard Condition #3 of supervision by leaving the Southern District of Texas and subsequently traveling to Hope, Arkansas without the permission of the Court or the probation officer, as evidenced by a traffic stop conducted on June 8, 2022, for improper lane change.

**2**   **Law Violation - Possession and Use of a Controlled Substance**

On or about June 10, 2022, Melvin Gordon possessed and used Cannabinoids, a controlled substance not prescribed by a physician, as evidenced by a urine specimen submitted

Gordon, Melvin Stanford
Dkt. No.  2:20CR01446-001
Page 2

by him to USPO Rose, such specimen tested positive for Cannabinoids through laboratory analysis. The possession alleged above is a violation of 21 U.S.C. § 844.

**U.S. Probation Officer Action:**

Mr. Gordon will continue to be administered a higher volume of random urinalysis testing. Mr. Gordon is also participating in outpatient treatment. It is respectfully recommended the offender continue supervised release as he has been admonished that further noncompliance could result in revocation proceedings, and the Court has the right to address this violation at a later date.

It is respectfully recommended that no action be taken at this time and that jurisdiction in this cause be transferred if the Court so concurs.

Approved:                                         Respectfully submitted,

*Chrishele Powell*                    By:   *Andreveon B. Rose*

Chrishele Powell, Supervising             Andreveon B. Rose
United States Probation Officer           United States Probation Officer
                                          June 30, 2022

[×]   Court Concurs with Recommended Action

[  ]   Submit a Request for Modifying the Conditions or Term of Supervision

[  ]   Submit a Request for Warrant or Summons

[  ]   Other:


_____
Nelva Gonzales Ramos
U. S. District Judge


July 13, 2022
_____
				Date